AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01345-NJR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GENESIS VENTURE LOGISTICS, LLC**
was received by me on *(date)* **1/15/20**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **SAMANTHA HYDE** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**GENESIS VENTURE LOGISTICS, LLC** on *(date)* **1/15/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/16/20**

*Server's signature*

**JOHN VALASCO/PROCESS SERVER**
*Printed name and title*

**NEW ORLEANS    70190**
*Server's address*

Additional information regarding attempted service, etc: